UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>KIMBALL HILL, INC., *et al.*,<br><br>      Debtors.<br>_____<br><br>KHI LIQUIDATION TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>S & T PAINTING, INC.,<br><br>      Defendant.<br><br>and<br><br>S & T PAINTING ENTERPRISE, INC.,<br><br>      Supplemental Defendant.<br>_____ / | Case No. 8:17-mc-00133-MSS-JSS |

## **IMPLEADER COMPLAINT**

Judgment assignee, SMS Financial J, LLC, by and through its undersigned counsel and pursuant to §56.29, Florida Statutes, made applicable by Federal Rule of Civil Procedure 69, hereby sues supplemental defendant, S & T Painting Enterprise, Inc., and alleges:

### **Parties and Jurisdiction**

1.    This Court has jurisdiction over these proceedings supplementary to execution pursuant to §56.29, Florida Statutes, made applicable by Federal Rule of Civil Procedure 69.

2.    Judgment assignee, SMS Financial J, LLC ("SMS"), is an Arizona limited liability company.

3.    Judgment Defendant, S & T Painting, Inc., was a Florida corporation which was administratively dissolved in 2011.

4. Supplemental Defendant, S & T Painting Enterprise, Inc., is a Florida limited liability company with its principal place of business in Hernando County, Florida.

## Proceedings Supplementary to Execution

5. Judgment has been entered in favor of Plaintiff, KHI Liquidation Trust, and against Defendant, S & T Painting, Inc., in the amount of $48,574.04 plus interest, by the United States Bankruptcy Court Northern District of Illinois on September 14, 2011, which Judgment has been registered in this District. [D.E. 1]. A copy of the Judgment is attached hereto as **Exhibit "A"**.

6. On April 29, 2016, KHI Liquidation Trust assigned all of its right, title and interest in the Judgment to SMS. [D.E. 1-2]. A copy of the Assignment of Judgment is attached hereto as **Exhibit "B"**.

7. SMS has filed a Judgment Lien Certificate with the State of Florida Division of Corporations in accordance with Fla. Stat. §55.201, *et seq*. A true and correct copy of the Judgment Lien Certificate is attached hereto as **Exhibit "C"**.

8. The Judgment and the Judgment Lien Certificate remain valid, outstanding and unsatisfied.

9. SMS is entitled to these proceedings supplementary pursuant to §56.29, Florida Statutes, made applicable by Federal Rule of Civil Procedure 69, and this Court's April 10, 2018 Order.

## Factual Allegations

10. On or about April 21, 2010, KHI Liquidation Trust filed an adversary action against S & T Painting, Inc.

11. On or about October 1, 2010, just six months after the adversary was filed, S & T Painting Enterprises, Inc., was formed as a Florida corporation. *See* corporate records from Division of Corporations (www.sunbiz.org) attached hereto as **Exhibit "D"**.

12. On or about September 23, 2011, Defendant, S & T Painting, Inc., was administratively dissolved. *See* corporate records from Division of Corporations (www.sunbiz.org) attached hereto as **Exhibit "E"**.

13. Since the inception of the adversary action, Defendant has been operating under the new corporate name (S & T Painting Enterprise, Inc.) as a continuation or alter ego of the Defendant.

14. Both the dissolved Judgment Defendant, S & T Painting, Inc., and the new company, S & T Painting Enterprises, Inc., are operated by the same family in the same geographical location.

15. S & T Painting, Inc. and S & T Painting Enterprises, Inc. also engage in the same type of business and utilize the same telephone number.

16. All remaining assets of Judgment Defendant, S & T Painting, Inc., were transferred to the new company, S & T Painting Enterprises, Inc.

17. S & T Painting, Inc. does not have any assets (other than de minimus assets) which could be levied upon to satisfy the Judgment.

18. SMS is obligated to pay its attorneys a reasonable fee for their services, which it is entitled to recover, along with its costs, from Judgment Defendant, S & T Painting, Inc., in accordance with Florida Statutes §56.29(8).

19. All conditions precedent to the relief demanded herein have been performed, waived or have occurred.

### Count I –Alter Ego and/or Continuation Liability

20. SMS repeats and realleges the allegations in paragraphs 1-19 of this Impleader Complaint.

21. S & T Painting Enterprises, Inc. is a mere instrumentality, continuation and/or alter ego of Judgment Defendant, S & T Painting, Inc.

22. S & T Painting, Inc. and S & T Painting Enterprises, Inc. did not comply with the formal statutory requirements for a merger.

23. The corporate form of S & T Painting Enterprises, Inc. has been used fraudulently and/or for an improper purpose.

24. The closing of S & T Painting, Inc. and opening of S & T Painting Enterprises, Inc. was a misleading and fraudulent effort to avoid the liabilities of the predecessor company, S & T Painting, Inc., by creating a new company – S & T Painting Enterprises, Inc.

25. The actions of S & T Painting, Inc. and S & T Painting Enterprises, Inc. are fraudulent as to S & T Painting, Inc.'s creditors, including SMS, and were taken with the intent to hinder or delay SMS's ability to recover the amounts owed to it and to satisfy the Judgment.

26. SMS has been damaged as a result of S & T Painting Enterprises, Inc.'s improper use of the corporate form.

WHEREFORE, Judgment assignee, SMS Financial J, LLC, requests that this Court enter a Judgment against supplemental Defendant, S & T Painting Enterprises, Inc., holding it liable for all obligations or debts of S & T Painting, Inc. under the Judgment and as provided for in Fla. Stat. §56.29, award Plaintiff its attorneys' fees and costs against Judgment Defendant, S & T Painting, Inc., pursuant to Fla. Stat. §56.29(8), and provide all other relief which this Court deems just and

CASE NO. 8:17-mc-00133-MSS-JSS

appropriate.

        **RICE PUGATCH ROBINSON STORFER & COHEN PLLC**
        *Attorneys for SMS Financial J, LLC*
        101 N.E. 3rd Avenue, Suite 1800
        Fort Lauderdale, Florida 33301
        Telephone:  (954) 462-8000
        Facsimile:  (954) 462-4300

        By:  /s/ Richard B. Storfer
              Richard B. Storfer
              Florida Bar No. 984523
              rstorfer@rprslaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 30th day of April, 2018, upon: S & T Painting, Inc. c/o Anthony T. Savarese, director as trustee, 4091 Diaz Court, Spring Hill, Florida 34607 and S & T Painting Enterprises, Inc. c/o Anthony Savarese, Jr., its registered agent, 4558 Lake in the Woods Drive, Spring Hill, FL 34067.

        /s/ Richard B. Storfer
        Richard B. Storfer

5631.028

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

KIMBALL HILL, INC.         ) Chapter 11
                           )
        Debtor             )
                           ) Case No. 08-10095
                           ) (Jointly administered)
_____) Hon. Susan Pierson Sonderby
                           )
KHI LIQUIDATION TRUST,     )  8:17 mc 1337 35 JSS
        Plaintiff          )
                           ) Adv. No. 10-0936
v.                         )
                           )
S&T PAINTING               )
                           )
        Defendant          )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on    SEPTEMBER 14, 2011    as it appears in the records of this court, and that:                                                              (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____
                    (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____
    (name of court)                    (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on

_____
        (date)

                                    JEFFREY P. ALLSTEADT
                                    _____
                                    Clerk of the Bankruptcy Court

NOV - 8 2017

                                    By: N. Molina
_____                 _____
        Date                                 Deputy Clerk

EXHIBIT
A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KIMBALL HILL, INC., *et al.*, | ) | Case No. 08-10095 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| KHI LIQUIDATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 10-0936 |
| | ) | |
| S & T PAINTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFAULT JUDGMENT AGAINST S & T PAINTING, INC.

This adversary proceeding (the "Adversary Proceeding") came before the Court on Plaintiff KHI Liquidation Trust's Motion for Entry of Default and Final Default Judgment Against S & T Painting, Inc. (the "Defendant") pursuant to Federal Rules of Civil Procedure 55(a) and 55(b) (the "Motion");[6] the Court, having considered the documentary evidence submitted therewith pursuant to Federal Rule of Civil Procedure 43(c) (made applicable hereto by Federal Rule of Bankruptcy Procedure 9017), reviewed its records, of which the Court takes judicial notice, and otherwise being fully advised as to the premises; and all parties having due notice; it is hereby ORDERED, ADJUDGED AND DECREED:

---

[6] All capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{7049 MOT A0299172.DOC}

3

1. Pursuant to Federal Rule of Civil Procedure 55(b) (made applicable to the Adversary Proceeding by Federal Rule of Bankruptcy Procedure 7055), judgment by default is hereby entered in favor of the Plaintiff and against the Defendant.

2. The Defendant is liable to the Plaintiff in the amount of Forty Eight Thousand, Five Hundred Seventy Four and 4/100 Dollars ($48,574.04), plus interest from the date of the Demand Letter, March 19, 2010, at the Illinois statutory rate of five (5) percent, along with postjudgment interest at the rate provided by 28 U.S.C. § 1961 from the date of judgment until the total judgment, including interest, is satisfied.

3. Any claims asserted by the Defendant against the Debtors are disallowed pursuant to 11 U.S.C. § 502(d).

4. This Order shall constitute a final judgment upon entry by the Clerk of the Court.

Dated: __SEP 14 2011__, 2011

ENTER:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

JEFFREY P. ALLSTEADT
CLERK OF COURT

By __N. Molina__
   Deputy Clerk
Dated __11-8-2011__

{7049 MOT A0299172.DOC}

4

IN THE UNITED STATED BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KIMBALL HILL, INC., | ) ) | Case No. 08-10095 |
| Debtor | ) ) | (Jointly Administered) |
| | ) ) | Hon. Timothy A. Barnes |
| KHI LIQUIDATION TRUST, | ) ) | |
| Plaintiff, | ) ) | Adv. No. 10-00936 |
| v. | ) ) | |
| S & T PAINTING, INC., | ) ) | |
| Defendant(s). | ) ) | |

## ASSIGNMENT OF JUDGMENT

KHI LIQUIDATION TRUST, Plaintiff and judgment creditor in the above-captioned adversary proceeding ("Assignor"), by and through its undersigned duly appointed attorney-in-fact with respect to the judgment entered in this cause, does hereby sell, transfer and assign all of its rights, title and interest in the following judgment entered in this cause to SMS FINANCIAL J, LLC., 6829 N. 12th St., Phoenix, AZ 85014 ("Assignee"):

DATE OF JUDGMENT:    9/14/2011

ISSUING COURT:    United States Bankruptcy Court
Northern District of Illinois, Eastern Division

CASE NO.    08-10095

ADVERSARY NO.:    10-00936

AGAINST:    *S & T PAINTING, INC.*

AMOUNT:    PRINCIPAL: $48,574.04

EFFECTIVE DATE:    April 29, 2016

ASSIGNMENT OF JUDGMENT        Page 1



EXHIBIT B

Assignor hereby authorizes the Assignee to collect, compromise, settle and enforce said judgment in its name and withdraws all right and claim to such judgment.

DATE: 5-18-16

ASSIGNOR:         KHI LIQUIDATION TRUST
                  BY: SMS FINANCIAL J, LLC, APPOINTEE
                  BY: SMS MANAGEMENT, LLC., ITS MANAGER

                  BY: _____
                  NAME: JONATHAN HOFFER, MANAGER

STATE OF ARIZONA        )
                        )ss.
COUNTY OF MARICOPA      )

On the 18th day of May, in the year 2016 before me, the undersigned, personally appeared JONATHAN HOFFER, Manager of SMS Management, LLC., the Manager of SMS Financial J, LLC., the Attorney-in-Fact for KHI LIQUIDATION TRUST, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

My commission expires 03/31/2017

NANCY A. FREDRICKSON
Notary Public - Arizona
Maricopa County
Expires 03/31/2017

Notary Public

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

JEFFREY P ALLSTEADT
CLERK OF COURT
By _____
Deputy Clerk
Dated: 11/8/17

**ASSIGNMENT OF JUDGMENT**          Page 2

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

S & T PAINTING, INC.
4091 DIAZ COURT
SPRING HILL, FL. 34607
FEI#:   -           DOS DOCUMENT#: S70270

**J18000031773**
FILED
Jan 25, 2018 03:07 P.M.
Secretary of State
MHCAIN

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

SMS FINANCIAL J, LLC
6829 N 12 STREET
PHOENIX, AZ 85014
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

RICHARD B. STORFER
RSTORFER@RPRSLAW.COM

AMOUNT DUE ON MONEY JUDGMENT: 48574.04
APPLICABLE INTEREST RATE: 5.35%
NAME OF COURT: FEDERAL COURT - MIDDLE DISTRIC
CASE NUMBER: 8:17-MC-000133
DATE OF ENTRY: 12/11/17
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
   ( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
   (X) NO

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: RICHARD B. STORFER



EXHIBIT
C

Case 8:18-cv-02516-CEH-AEP   Document 11   Filed 04/30/18   Page 12 of 15 PageID 65
1/26/2018   Case 8:17-mc-00133-MSS-JSS   Document 2   Filed 02/01/18   Page 14 of 18 PageID 19
Detail by Entity Name

DIVISION OF CORPORATIONS



Department of State   /   Division of Corporations   /   Search Records   /   Detail By Document Number   /

## Detail by Entity Name

Florida Profit Corporation
S & T PAINTING ENTERPRISE INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P10000080555 |
| **FEI/EIN Number** | 27-3605832 |
| **Date Filed** | 10/01/2010 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

4558 LAKE IN THE WOODS DR
SPRING HILL, FL 34607

**Mailing Address**

4558 LAKE IN THE WOODS DR
SPRING HILL, FL 34607

**Registered Agent Name & Address**

SAVARESE, ANTHONY JR
4558 LAKE IN THE WOODS DR
SPRING HILL, FL 34607

**Officer/Director Detail**

**Name & Address**

Title P

SAVARESE, ANTHONY JR
4558 LAKE IN THE WOODS DR
SPRING HILL, FL 34607

Title VP

SAVARESE, SANITA
4558 LAKE IN THE WOODS DR
SPRING HILL, FL 34607

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/14/2015 |
| 2016 | 02/11/2016 |

EXHIBIT D

2017          04/05/2017

### Document Images

| | |
|---|---|
| 04/05/2017 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 10/01/2010 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

Case 8:18-cv-02516-CEH-AEP Document 11 Filed 04/30/18 Page 14 of 15 PageID 67
1/26/2018 Case 8:17-mc-00133-MSS-JSS Document 2 Filed 02/01/18 Page 16 of 18 PageID 21
Detail by Entity Name
DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
S & T PAINTING, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | S70270 |
| **FEI/EIN Number** | 59-3077570 |
| **Date Filed** | 07/29/1991 |
| **Effective Date** | 07/24/1991 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2011 |
| **Event Effective Date** | NONE |

### Principal Address

4091 DIAZ COURT
SPRING HILL, FL 34607

Changed: 07/25/1997

### Mailing Address

4091 DIAZ COURT
SPRING HILL, FL 34607

Changed: 07/25/1997

### Registered Agent Name & Address

SAVARESE, ANTHONY T
4091 DIAZ COURT
SPRING HILL, FL 34607

Name Changed: 04/07/2000

Address Changed: 01/20/1998

### Officer/Director Detail

**Name & Address**

Title P

SAVARESE SR, ANTHONY

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNa



EXHIBIT E

Case 8:18-cv-02516-CEH-AEP   Document 11   Filed 04/30/18   Page 15 of 15 PageID 68
1/26/2018        Case 8:17-mc-00133-MSS-JSS   Document 2   Filed 02/01/18   Page 17 of 18 PageID 22
Detail by Entity Name

4091 DIAZ COURT
SPRING HILL, FL

Title S

SAVARESE, LISA
4091 DIAZ COURT
SPRING HILL, FL

Title VP

SAVARESE JR, ANTHONY
4091 DIAZ COURT
SPRING HILL, FL

Title T

SAVARESE, JONATHON
4091 DIAZ COURT
SPRING HILL, FL 34607

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 01/04/2008 |
| 2009 | 03/24/2009 |
| 2010 | 01/16/2010 |

### Document Images

| | |
|---|---|
| 01/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/12/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2000 -- ANNUAL REPORT | View image in PDF format |
| 01/25/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/20/1998 -- ANNUAL REPORT | View image in PDF format |
| 07/25/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/16/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/20/1995 -- ANNUAL REPORT | View image in PDF format |