## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 17-MC-133-MSS-JSS

Plaintiff:
**KHI LIQUIDATION TRUST**

vs.

Defendant:
**S & T PAINTING ENTERPRISE, INC**


OJF2018007101

For:
Richard Storfer
RICE PUGATCH ROBINSON STORFER & COHEN PPLC
101 N.E. 3rd Avenue
Suite 1800
Ft. Lauderdale, FL 33301

Received by OJF Services, Inc. on the 23rd day of May, 2018 at 4:04 pm to be served on **S & T PAINTING ENTERPRISE, INC C/O ANTHONY SAVARESE, JR., AS REGISTERED AGENT, 4558 LAKE IN THE WOODS DR, SPRING HILL, FL 34067.**

I, Jean Joseph, do hereby affirm that on the **29th day of May, 2018** at **11:35 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SANITA SAVARESE** as **VICE PRESIDENT** for **S & T PAINTING ENTERPRISE, INC**, at the address of: **4558 LAKE IN THE WOODS DR, SPRING HILL, FL 34067**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'1", Weight: 150, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, in good standing, in the judicial circuit in which the process was effected. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

Jean Joseph
10417

OJF Services, Inc.
13727 SW 152nd Street
P.M.B 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2018007101

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2f

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

KHI LIQUIDATION TRUST,

_____
*Plaintiff(s)*

v.

S & T PAINTING ENTERPRISE, INC.,

_____
*Defendant(s)*

DATE 5/29/18  TIME: 11:35 AM

INITIALS: JJ  ID#: 10417-10

Civil Action No. 8:17-mc-00133-MSS-JSS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* S & T PAINTING ENTERPRISE, INC.
C/O ANTHONY SAVARESE, JR., REGISTERED AGENT
4558 LAKE IN THE WOODS DRIVE
SPRING HILL, FLORIDA 34067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RICHARD B. STORFER, ESQ.
RICE PUGATCH ROBINSON STORFER & COHEN, PLLC
101 NE 3RD AVENUE, SUITE 1800
FT. LAUDERDALE, FLORIDA 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/21/18

_____
*Signature of Clerk or Deputy Clerk*

7101

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-MC-00008-CEH-JSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* S & T PAINTING ENTERPRISE, INC.
was received by me on *(date)* 5/23/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* SANITA SAVARBSE, VICE PRES. , who is
designated by law to accept service of process on behalf of *(name of organization)* S & T PAINTING
ENTERPRISE, INC. on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/24/18

*Server's signature*

JEAN JOSEPH, CPS 10417-10
*Printed name and title*

115 E. BURLEIGH BLVD., TAVARES, FL 32778
*Server's address*

Additional information regarding attempted service, etc: