UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: )
)
KIMBALL HILL, INC., *et al.*, ) Case No. 8:18-cv-02516-CEH-AEP
)
Debtors. )
_____ )
)
SMS FINANCIAL J, LLC, )
)
Plaintiff, )
)
v. )
)
S & T PAINTING, INC., )
)
Defendant. )
)
and )
)
S & T PAINTING ENTERPRISE, INC., )
)
Supplemental Defendant. )
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.[1]

---

[1] This case only involves the registration of a Judgment from another District. The subject Judgment was entered in the United States Bankruptcy Court, Northern District of Illinois, Case No. 08-10095 (Adv. No. 10-0936). [D.E. 1].

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**RICE PUGATCH ROBINSON STORFER & COHEN PLLC**
*Attorneys for SMS Financial J, LLC*
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:   (954) 462-8000
Facsimile:   (954) 462-4300

By:  /s/ Richard B. Storfer
      Richard B. Storfer
      Florida Bar No. 984523
      rstorfer@rprslaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission this 14th day of November, 2018, upon: Robert C. Burnette, Esq. [rcburnettepa@gmail.com]; and by U.S. Mail to: S & T Painting, Inc. c/o Anthony T. Savarese, director as trustee, 4091 Diaz Court, Spring Hill, Florida 34607.

/s/ Richard B. Storfer
Richard B. Storfer

5631.028