UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
KIMBALL HILL, INC. *et al.*

    Debtors.
_____

KHI LIQUIDATION TRUST and SMS
FINANCIAL J, LLC,

    Plaintiffs,

v.                                                    Case No: 8:18-cv-2516-T-36AEP

S&T PAINTING and S & T PAINTING
ENTERPRISE, INC.,

    Defendants.
_____/

SMS FINANCIAL J, LLC

    Third Party Plaintiff,

v.

S&T PAINTING ENTERPRISE, INC.

    Third Party Defendant.
_____/

# **O R D E R**

Before the Court is the Joint Stipulation for Dismissal (Doc. 44). In accord with the Joint Stipulation for Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal is **APPROVED** (Doc. 44).

2

2) The claims between Judgment Assignee, SMS Financial J, LLC, and Supplemental Defendant, S & T Painting Enterprise Inc, are dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 7, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record